**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: **Zachary Benjamin Line**                         **BK NO. 24-01519 HWV**
       **Danielle Nicole Line**

              **Debtor(s)**                         **Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
12 Mar 2026, 12:20:11, EDT

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: 7d3aa0cec92bc6533eff2a610654Ta7dd9b92639ced3f33b6f04adb8aac3557