# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Zachary Benjamin Line          **BK NO. 24-01519 HWV**
      Danielle Nicole Line

                Debtor(s)          **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
12 Mar 2026, 12:20:11, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 7d3aa0cec92bc6533eff2a610654fa7dd9b92639ced3f33b6f04adb8aac3557