United States Bankruptcy Court

Middle District of Pennsylvania

In re:             Case No. 24-01519-HWV

Zachary Benjamin Line      Chapter 13

Danielle Nicole Line

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5728510 | + Email/Text: BK@servicingdivision.com | Apr 23 2026 18:50:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Servbank  N.A. blemon@bernsteinlaw.com, agilbert@bernsteinlaw.com |
| David W. Park | on behalf of Creditor Belco Community Credit Union dpark@riceparklaw.com  khelman@riceparklaw.com |
| Dorothy L Mott | on behalf of Debtor 1 Zachary Benjamin Line DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 2 Danielle Nicole Line DorieMott@aol.com |

karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Kara Katherine Gendron

on behalf of Debtor 1 Zachary Benjamin Line
kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com

Kara Katherine Gendron

on behalf of Debtor 2 Danielle Nicole Line
kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com

Keri P Ebeck

on behalf of Creditor Servbank  SB kebeck@metzlewis.com,
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Matthew K. Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Milos Gvozdenovic

on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:24-bk-01519-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Zachary Benjamin Line
330 Whitmer Road
Shippensburg PA 17257

Danielle Nicole Line
330 Whitmer Road
Shippensburg PA 17257

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/22/2026.

Name and Address of Alleged Transferor(s):

Claim No. 4: Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
C/O LoanCare, LLC
PO BOX 8068
Virginia Beach, VA 23450
Lakeview Loan Servicing, LLC
C/O LoanCare, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/26

Seth F. Eisenberg
**CLERK OF THE COURT**